UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61930-CIV-DIMITROULEAS

RAY FORREST, individually
and on behalf of all others similarly
situated,

    Plaintiffs,

vs.

CREDITREPORT.COM, INC.,

    Defendant.
_____/

**ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice ("Notice") [DE 8], filed herein on September 23, 2019. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 8] is hereby **APPROVED**;

2. This case is **DISMISSED WITH PREJUDICE;**

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida on this 23rd day of September, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record